No. 570, Misc. COREY *v*. UNITED STATES. C. A. 1st Cir. Certiorari denied. *Russell Morton Brown* and *Maurice C. Goodpasture* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 574, Misc. LANG *v*. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 576, Misc. LEYDE *v*. RHAY, PENITENTIARY SUPERINTENDENT. Super. Ct. Wash., Walla Walla County. Certiorari denied.

No. 583, Misc. REECE *v*. RHAY, PENITENTIARY SUPERINTENDENT, ET AL. Sup. Ct. Wash. Certiorari denied.

No. 604, Misc. CAPSON *v*. UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 629, Misc. PRIVITERA *v*. KROSS, CORRECTION COMMISSIONER. C. A. 2d Cir. Certiorari denied. *Leon B. Polsky* for petitioner. *Frank S. Hogan* and *H. Richard Uviller* for respondent.

No. 642, Misc., October Term, 1964. WALKER *v*. INTERNAL REVENUE SERVICE ET AL., 380 U. S. 926, 989. Motion for leave to file second petition for rehearing denied. THE CHIEF JUSTICE and MR. JUSTICE FORTAS took no part in the consideration or decision of this motion.